Peter Strojnik, State Bar No. 6464
**STROJNIK P.C.**
2375 East Camelback Road Suite 600
Phoenix, Arizona 85016
Telephone: (602) 524-6602
ADA@strojnik.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| FERNANDO GASTELUM, <br><br> Plaintiff, <br><br> vs. <br><br> WOODSPRING SUITES PHOENIX I-10 WEST LLC, <br><br> Defendant. | Case No: 2:17-CV-03842-DGC <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Fernando Gastelum and Defendant, WOODSPRING SUITES PHOENIX I-10 WEST LLC , hereby stipulate that the above-captioned action is voluntary dismissed with prejudice, with each party to bear his/its own attorneys' fees and costs. A proposed form of order is submitted herewith.

RESPECTFULLY SUBMITTED this 21st day of March, 2018.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
By: /s/ Erica Rocush
Erica Rocush

| | |
|---|---|
| 1 | Attorneys for Defendant |
| 2 | |
| 3 | **STROJNIK P.C.** |
| 4 | */s/ Peter Strojnik* |
| 5 | Peter Strojnik (6464) |
| 6 | 2375 East Camelback Road, Suite 600<br>Phoenix, Arizona 85016 |
| 7 | Attorneys for Plaintiff |