# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>Plaintiff,<br><br>vs.<br><br>WOODSPRING SUITES<br>PHOENIX I-10 WEST LLC,<br><br>Defendant. | Case No: CV17-3842-PHX DGC<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Pending before the Court is the Parties' Stipulation for Dismissal With Prejudice. Doc. 18.

**IT IS ORDERED** that the stipulation for dismissal (Doc. 18) is **granted.** This case is dismissed in its entirety with prejudice, each party to bear his/its own costs and attorneys' fees.

Dated this 21st day of March, 2018.

_____
David G. Campbell
United States District Judge